UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10443-GAO

4M FRUIT DISTRIBUTORS, INC., COMMUNITY-SUFFOLK, INC., IRVING FARMS
MARKETING, INC., J. BONAFEDE, CO., INC., JOHN CERASUOLO CO., INC., J.J.R.
DISTRIBUTING CORPORATION, D/B/A DISILVA FRUIT, NEW ENGLAND BANANA
CO., INC., S. STROCK & CO., INC. and GREGG DZIAMA, INC.,
Plaintiffs,

v.

DOMINIC V. GANDOLFO, INC., CONSTANCE A. GANDOLFO and MICHAEL J.
BEATTY,
Defendants.

ORDER
March 18, 2011
4:45 P.M.

O'TOOLE, D.J.

Upon the application of the Plaintiffs for a temporary restraining order, the Court finds and rules as follows:

1. Plaintiffs have sufficiently established that Dominic V. Gandolfo, Inc. [hereinafter "Gandolfo"] has failed to make timely payment of amounts due for Produce sold and delivered in the principal amount of $227,217.93 and that interest accrues on these amounts at the rates of 12% or 18% per annum. There is a reasonable likelihood that judgment will be awarded in the amount of not less than the balance claimed. Plaintiffs have also sufficiently demonstrated a reasonable likelihood of recovery as beneficiaries of the statutory trust as set forth in Perishable Agricultural Commodities Act, 7. U.S.C. § 499a, *et seq* [hereinafter PACA] against Gandolfo and against Constance Gandolfo and Michael Beatty in their individual and representative capacities [collectively the "Defendants"].

2. It is the policy of Congress, as enunciated at 7 U.S.C. § 499e, to prevent a burden on commerce caused by the dissipation of the assets of brokers and dealers subject to PACA and to preserve the assets for payment to commodity sellers.

3. The Defendants have demonstrated an ongoing disregard for the prompt payment mandate of PACA in that they have failed to make timely payment to multiple vendors. Gandolfo has incurred substantial PACA Trust debt and has announced an intention to liquidate and further dissipate the PACA Trust assets.

4. The facts establish a dissipation of PACA trust assets which is likely to continue and cause Plaintiffs irreparable harm unless the relief hereinafter set forth it granted.

5. Inasmuch as Gandolfo has dissipated and intends to continue to dissipate the assets of the PACA Trust and is holding or should be presently holding PACA Trust assets for the benefit of Plaintiff as adequate security, no bond is required of Plaintiff.

IT IS HEREBY ORDERED:

Dominic V. Gandolfo, Inc., Constance Gandolfo and Michael Beatty, and the agents, servants, employees, representatives fiduciaries and attorneys of each are hereby enjoined and restrained from in any way paying, accepting payment, conveying, transferring, granting, hypothecating, mortgaging, assigning, selling, releasing, offsetting or in any way changing the status quo of any

> i. assets, monies and property, derived directly or indirectly from the sale of perishable agricultural commodities, in the possession, custody or control of Dominic V. Gandolfo, Inc.; and

ii. assets and property of Dominic V. Gandolfo, Inc., real, personal and mixed, tangible and intangible, wherever located, standing in its name or in the name of any other persons in any capacity whatsoever, including but not limited to the proceeds from the sale of assets;

iii. any assets, monies and property in which Constance Gandolfo and/or Michael Beatty has an interest; provided, however, that he may continue to make payment of his ordinary and usual personal living expenses.

iv. until such time as the foregoing monies and property total $295,000.00, which monies shall either be

    (1) paid over to plaintiffs' counsel, or

    (2) set aside in a separate interest bearing account for the benefit of plaintiffs as to which both plaintiffs' counsel and Defendants' counsel shall be authorized signatories.

A hearing on Plaintiff's Motion for Real Estate Attachment (dkt. no. 3) and Motion for Preliminary Injunction (dkt. no. 4) is set for March 28, 2011 at 3:00 P.M. in Courtroom 9 before Judge George A. O'Toole, Jr.

It is SO ORDERED.

                                              /s/ George A. O'Toole, Jr.
                                            United States District Judge